OPINION — AG — ** OKLAHOMA TAX COMMISSION — CONFIDENTIALITY OF RECORDS ** 68 O.S. 1971 205 [68-205] DOES NOT ALLOW THE OKLAHOMA TAX COMMISSION OR ITS EMPLOYEES TO DIVULGE, DISCLOSE, OR RELEASE TO ANY PERSON OR ENTITY, OTHER THAN THOSE SPECIFICALLY DESIGNATED IN SAID STATUTE, COPIES OF OR INFORMATION FROM THE FILES AND RECORDS MAINTAINED BY THE COMMISSION. CITE: 68 O.S. 1971 919 [68-919] (JAMES R. BARNETT) ** SEE: OPINION NO. 75-115 (1975) **